# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145324 & (26)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                    SC: 145324
                                    COA: 309241
                                    Muskegon CC: 04-050742-FH

CHAUNCEY EVERETT PHILLIPS,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's December 19, 2011 motion for relief from judgment is prohibited by MCR 6.502(G) and because the defendant's October 19, 2011 motion for relief from judgment has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012
_____

_____
Clerk

s1015